

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00249-CV

**MILTON L GARDNER,**

Appellant

 v.

**KIMBERLY REINDOLLAR,**

Appellee

**From the 77th District Court
Limestone County, Texas
Trial Court No. 30,200-A**

## ORDER

Milton L. Gardner appealed the trial court's final protective order issued against Gardner and for the protection of Kimberly M. Reindollar. We affirmed the trial court's order on March 27, 2014. Gardner has now filed a Motion for Stay of Mandate and a motion to dispense with the service requirements of Rule 9.5 of the Texas Rules of Appellate Procedure. Gardner's motion for a stay of the mandate is denied. The motion does not meet the requirements for a stay of this Court's mandate. *See* TEX. R.

APP. P. 18.2.  Further, we use Rule 2 to dismiss Gardner's motion to dispense with the service requirements.  *See* TEX. R. APP. P. 2.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion for stay denied
Motion to dispense with service requirements dismissed
Order issued and filed July 17, 2014